IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

MARCUS TATE AIS# 180664 )  SEE ATTACHED[BREIF] & Exhibit "A"
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:06CV1094-MEF
 )  (To be supplied by Clerk of
ATTORNEY GENERAL TROY KING etal )  U.S. District Court)
 )
DISTRICT ATTORNEY ROBERT KEAHEY )
 )  COURT ORDER INJUNCTION
SHERIFF OFFICER LARRY COLSTON )  REQUESTED TO ENFORCE
 )  THE STATE OF ALABAMA
 )  ATTORNEY GENERAL TROY KING
 )  TO DO HIS[DUTY"S]
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )  CC-99-169-M
persons.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES ( )  NO (X)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES ( )  NO (X)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) ___NONE_____

           Defendant(s) ___NONE_____

       2.  Court (if federal court, name the district; if
           state court, name the county) ___NONE_____

3. Docket number ___NONE___

4. Name of judge to whom case was assigned ___NONE___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) none

6. Approximate date of filing lawsuit ___NONE___

7. Approximate date of disposition ___NONE___

II. PLACE OF PRESENT CONFINEMENT STATON CORR CENTER P.O. BOX 56 ELMORE ALABAMA 36025  /334-567-2221

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Nov 2/1999_ CLARKE COUNTY CIRCUIT COURTHOUSE TRIAL P.O. BOX 912 GROVE HILL Al 36451

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. DISTRICT ATTORNEY ROBERT KEAHEY P.O. BOX 850 G.HILL Al, 36451

2. SHERIFF OFFICER LARRY COSTON WILCOX COUNTY SHERIFF DEPT

3. Attorney General Troy King  11 South union STREET montgomery Ala, 36104

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 11/2nd/1999

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I PLAINTIFF MOVING FOR AN COURT ORDER INJUNCTION UPON ATTORNEY GENERAL TROY KING STATE OF ALABAMA TO INVESTIGATE AND PASS DOWN INDICTMENTS FOR KIDNAPPING AND FLASELY IMPRISONMENT UNDER TITLE CODE 18 USCS 1201 AND 13A-6-43-(a)(5)(6)(b)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

STATE OF ALABAMA ATTORNEY GENERAL TROY KING HAS [POWER] and JURISDICTION

TO INVESTIGATE MAKE ARREST AND PASS DOWN INDICTMENTS FOR FLASELY

IMPRISONMENT AND KIDNAPPING UNDER TITLE CODE USCS 18   [1201]

UPON PARTIES D.A. ROBERT KEAHEY etal /&/ LARRY COLSTON

THE PLAINTIFF REQUEST FOR AN COURT ORDER TO ENFORCE TROY KING[DUTY]

GROUND TWO:   THIS FALSE IMPRISONMENT AND KIDNAPPING

VIOLATES PLAINTIFF CIVIL RIGHTS CONSTITUTION AMENDMENT FOLLLOWING

SUPPORTING FACTS:   5th,4th,8th,9th,13th,14th AMENDMENTS

GROUND THREE:

SUPPORTING FACTS:

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

TO ENFORCE AN COURT ORDER INJUNCTION UPON THE STATE OF ALABAMA

ATTORNEY GENERAL TROY KING TO INVESTIGATE AND PASS DOWN INDICTMENTS

AND ARREST WARRANTS FOR FLASELY IMPRISONMENT AND KIDNAPPING UNDER

TITLE CODE 18 USCS 1201 AND 13A-6-43(a)(5)(6)(b)

TRANSCRIPT RECORDS
CC-99-169-M
CLARKE COUNTY CIRCUIT COURT            *Marcus O. Tate*
                                        Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  Dec/4/2006
             (Date)

                                        *Marcus O. Tate*
                                        Signature of plaintiff(s)

4

IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

MARCUS TATE
   #180664
     Plaintiff                      *
[vs.
ATTRONEY GENERAL TROY KING
    DEFENDANT                 *           CV-CASE NO. 2:06cv1094-MEF

                                  *

---

PARTIES TO THIS CIVIL ACTION

MARCUS TATE AIS# 180664
STATON CORRECTIONAL CENTER
P.O. BOX 56
ELMORE ALABAMA 36025
334-567-=2221

[FILES]
TRIAL COURT TRANSCRIPT RECORDS
  CC-99-169-M
CLERK OF COURT OFFICE
WAYNE BRUNSON
P.O. BOX 912
GROVE HILL ALABAMA 36451

STATE OF ALABAMA ATTORNEY GENERAL

TROY KING
11 SOUTH UNION STREET
MONTGOMERY ALABAMA 36101

                          [COURT ORDER INJUNCTION]


[NO MONEY REQUESTED IN THIS CIVIL SUIT]

[ONLY]A COURT ORDER INJUNCTION REQUESTED TO ENFORCE THE STATE
OF ALABAMA ATTORNEY GENERAL TO DO HIS[DUTY"S] AS BEEN SWORN
INTO OFFICE TO UPHOLD THE LAWS OF ALABAMA AGAINST ANY WHO THE
THE LAWS[AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA]

(1)

GROUND ONE IN COMPLAINT
FOR RELIEF AND COURT
ORDER ENFORCEMENT

(A). THE ATTORNEY GENERAL TROY KING OVER THE STATE OF ALABAMA HAS[ABSOLUTELY] POWER AND JURISDICTION OVER THE CRIMINAL DIVISION IN ALL ALABAMA COURTHOUSE,S

(B). THE ATTORNEY GENERAL TROY KING HAS ABSOLUTELY POWER AND JURISDICTION TO INVESTIGATE ANY CRIMINAL MATTER IN THE STATE OF ALABAMA TO MAKE LEGAL TO WIT FOLLOWING

(1) INDICTMENTS

(2) ARREST WARRANTS FOR KIDNAPPING 1st DEGREE and FLASELY IMPRISONMENT UNDER TITLE CODE 18 USCS 1201 and 13A-6-43 (a)(5)(6)(b)

CLAIMS AGAINST STATE REPRESENTATIVES

(C). ON ABOUT NOV/2/1999 THE DISTRICT ATTORNEY ROBERT KEAHEY AND SHERIFF OFFICER LARRY COLSTON USED FOLLOWING TO ENFORCE AN ILLEGALLY CONVICTION

(1). PERJURY

(2). COERCED CONFESSION

(D). FACTS SEE TRANSCRIPT RECORDS CC-99-169-M
WHERE ATTORNEY BEN KELLY P.O. BOX 188 251-246-4440
ASK BOTH C/O DEFENDANTS WITNESS LORENZO SMITH AND NAKIA McCASKEY
DO THEY HAVE ANY KNOWLEDGE OF THE CASE NO. CC-99-169- M
OTHER THAN WHAT THEY WAS FORCED AND TOLD TO SAY BY
SHERIFF OFFICER LARRY COLSTON AND DISTRICT ATTORNEY ROBERT KEAHEY

BOTH C/O DEFENDANTS WITNESS STATED [NO]
and they was forced to committed PERJURY

U.S. CONSTITUTION AMENDMENT VIOLATIONS

(E). BY THE PLAINTIFF BEEN KIDNAPPED AND FLASELY IMPRISONMENT UNDER FOLLOWING SUBJECTS

(1). PERJURY TESTIMONY

(2) COERCED CONFESSION

ITS VIOLATES PLAINTIFF 14th,8th,5th, 13th,4th,9th CONSTITUTIONS CIVIL RIGHTS AMENDMENTS

(2)

## PLEAD OF PLAINTIFF

(F). THE PLAINTIFF PLEAD WAS NOT GUILTY IN CC-99-169-M

(G). THE PLAINTIFF PLEAD ALSO WAS THE 5th AMENDMENT IN CC-99-169-M

## ILLEGALLY CONVICTION

(H). THE STATE OF ALABAMA DISTRICT ATTORNEY ENFORCED AN ILLEGALLY CONVICTION BY BOTH C/O DEFENDANTS WITNESS

| FOLLOWING | DISTRICT ATTORNEY OFFICE |
|---|---|
| (1). LORENZO SMITH | SPENCER WALKER & ROBERT KEAHEY |
| (2). NAKIA McCASKEY | P.O. BOX 850 |
|  | GROVE HILL ALABAMA 36451 |

## RELIEF PLAINTIFF REQUESTING

(I). THE PLAINTIFF REQUEST THE STATE OF ALABAMA ATTORNEY GENERAL TROY KING INVESTIGATE AND PASS DOWN INDICTMENTS AND ARREST WARRANTS AND PROSECUTE BOTH STATE REPRESENTATIVES FOLLOWING [(1). ROBERT KEAHEY (2) LARRY COLSTON ]

AND RELEASE HIM TO HIS FAMILY TO FREE SOCIETY AFTER 10 YEARS OF SUFFERING ILLEGALLY

STATE OF ALABAMA
  NOTARY PUBLIC
  ELMORE COUNTY

## AFFIDAVIT

I MARCUS TATE SWEAR TO AFFIRM THIS INFORMATION GIVING UNDER MY HAND IS THE CORRECT TRUTH UNDER FED-cv- 56(e)

DAY 4th DEC/2006            MARCUS TATE 180664

SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY 4th DEC/2006

NOTARY NAME: _____

COMMISSION EXPIRES: 1-22-08

(3)

## CERTIFICATION OF SERVICE

I MARCUS TATE AIS# 180664 SWEAR TO AFFIRM I HAVE SERVED OFFICE
FOLLOWING DISTRICT ATTORNEY SPENCER WALKER AND ROBERT KEAHEY
AT P.O. BOX 850 GROVE HILL ALABAMA 36451  AND HAS PLACED THE
SAME UPON THE STATE OF ALABAMA ATTORNEY GENERAL OFFICE AT
TROY KING  11 SOUTH UNION STREET MONTGOMERY ALABAMA 36101
and HAS PLACED THE SAME AT THE CLERK OF COURT OFFICE
UNITED STATES MIDDLE COURTHOUSE P.O. BOX 711 MONTGOMERY ALABAMA
36101

DONE THIS DAY 4th     MONTH DEC/2006

BY THE U.S. VISA MAIL PREPAID POSTAL MAILING STAMPS HANDS DELIVERY

_____
MARCUS TATE AIS# 180664
P.O. BOX 56
334-567-2221
ELMORE ALABAMA 36025

(5)

EXHIBIT #[A]

IN THE STATE OF ALABAMA ATTORNEY GENERAL OFFICE

RECEIVED

2006 DEC 11 A 10: 04

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEC/5/2006

2:06CV1094-MEF

MARCUS TATE
AIS# 180664/SCC/D3-2T
P.O. BOX 56
ELMORE ALABAMA 36025

ATTORNEY GENERAL OFFICE

MR. TROY KING
11 SOUTH UNION STREET
MONTGOMERY ALABAMA 36101

In,Re: FILED FOR COURT ORDER INJUNCTION TO ENFORCE INDICTMENTS & ARREST WARRANTS PASS DOWN FOR FALSE IMPRISONMENT & KIDNAPPING

[SWORN AFFIDAVIT]

COURT ORDER INJUNCTION
[FED/CV/R/P/65]

THIS NOTICES IS TO ALERT THE OFFICE OF TROY KING THAT A CIVIL SUIT HAS BEEN FILED AGAINST HIM TO ENFORCE HIM[DUTY'S THAT HE WAS SWORN INTO OFFICE TO UPON HOLD THE LAWS OF THE STATE OF ALABAMA AND MAKE LAWFULLY INVESTIGATION AND INDICTMENTS AND ARREST WARRANTS IF A CRIME HAS BEEN COMMITTED AGAINST THE STATE OF ALABAMA BY ANY STATE REPRESENTATIVES TOWARD AN INNOCENT CITIZENS OF THE STATE OF ALABAMA

CC- DISTRICT ATTORNEY OFFICE
    ROBERT KEAHEY

CC- SHERIFF OFFICE LARRY COLSTON

CC- CLERK OF COURT UNITED STATES MIDDLE DISTRICT COURT

CC- ATTORNEY GENERAL TROY KING OFFICE

CC- TATE# 180664 FILES

STATE OF ALABAMA
    NOTARY PUBLIC
    ELMORE COUNTY

_Marcus O. Tate_
MARCUS TATE 180664

[AFFIDAVIT]
SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY 5th MONTH DEC 2006
NOTARY: _Hearso_
COMMISSION EXPIRES: 1-22-08