IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

Marcus Tate
# 180664
Plaintiff

vs.

Troy King etal
Defendants

CV-1094-MEF

Motion to Leave and Amend

Plaintiff has No Objection and Wish Case be Transferred to U.S.S.D.C Mobile Ala

Certification of Service

I Swear to Affirm I have Served the United State middle District Clerk at P.O. Box 711 Montgomery Ala and have served the Attorney General Office Troy King etal at 11 South Union Street Montgomery Ala 36130 Done by the U.S. Visa Mail Hand Delievery by the U.S. Post Master General Day 19th Month Dec 2007

Marcus O. Tate
MARCUS TATE 180664
2-157
3800 G.K. Fountain Corr
Atmore Ala 36503